[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15025
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 15, 2007
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-00099-CV-WLS-1

RUSSELL WHITAKER,
C. R. GREGORY,
f.d.b.a. Tiffany's Movie's,
ROBERT KNIGHTON,
f.d.b.a. C.J.'s Video Plus,

Plaintiffs-Appellants,

versus

MGA, INC.,
UNITED PARCEL SERVICE, INC., (UPS), et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(March 15, 2007)**

Before ANDERSON, BARKETT, and COX, Circuit Judges.

PER CURIAM:

Plaintiffs Russell Whitaker, C. R. Gregory, and Robert Knighton appeal the district court's dismissal of their civil RICO claim against Defendants MGA, Inc., United Parcel Service, Select Media Services, LLC, Mile High Media, Inc., LFP, Inc., Digital Sin, Inc., and Fraserside Holdings, Ltd. We find no reversible error in the dismissal and therefore affirm.

Plaintiffs' complaint does not allege facts to support the conclusory allegations that Defendants combined and conspired to manufacture, transport, and distribute obscene materials. Thus, dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) was proper.

**AFFIRMED.**